DANIEL T. FOLEY (Nevada Bar No. 1078)
**FOLEY & OAKES, PC**
850 East Bonneville Avenue
Las Vegas, Nevada 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128
Email: dan@foleyoakes.com

STUART R. FRAENKEL (*pro hac vice*)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: sfraenkel@kreindler.com

JACQUES BEUGELMANS (*pro hac vice*)
**LAW OFFICES OF JACQUES BEUGELMANS**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 203-8870
Facsimile: (310) 552-0713
jacbeug@aim.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURICETTE DEROME; PIERRE DANIOU; MARTINE DANIOU; RAYMOND COLSON; JACQUELINE COLSON; GERARD PELLE; MONIQUE PELLE; YVES-MARIE VINARD; JACQUES MARCHAND; CHANTAL MARCHAND; MARIE BEAUBERNARD; CHRISTIANE GENTIL; DANY CHARLES; MARTINE CHARLES; and LUCETTE BESSON, <br><br> Plaintiffs, <br><br> vs. <br><br> BUSCO, INC. D/B/A/ ARROW STAGE LINES; BONJOUR USA; ROBERT ALAN DALLENBACH; NABIL CHEHMAT and DOES 1-100, inclusive. <br><br> Defendants. | CASE NO: 2:11-CV-01676-PMP-VCF <br><br> **MOTION FOR ENTRY OF ORDER OF DEFAULT AND DEFAULT JUDGMENT** |

COME NOW Plaintiffs MAURICETTE DEROME, PIERRE DANIOU, MARTINE DANIOU, RAYMOND COLSON, JACQUELINE COLSON, GERARD PELLE, MONIQUE PELLE, YVES-MARIE VINARD, JACQUES MARCHAND, CHANTAL MARCHAND, MARIE BEAUBERNARD, CHRISTIANE GENTIL, DANY CHARLES, MARTINE CHARLES, and LUCETTE BESSON ("Plaintiffs"), through their undersigned counsel of record, and hereby move this court for entry of an order of default and default judgment against Nabil Chehmat pursuant Rule 55 of the Federal Rules of Civil Procedure.

This request is based on the attached Affidavit of Stuart R. Fraenkel (Ex. 1), Order for Service by Publication (Ex. 2), and Affidavit of Publication (Ex. 3) which show that:

1. Defendant Nabil Chehmat was served with the summons in this action via publication pursuant to Nev. Rule Civ. P. 4(e)(1).

2. Judge Philip M. Pro ordered service by publication on April 9, 2012.

3. Defendant Nabil Chehmat was properly served by publication.

4. Defendant Nabil Chehmat has failed to plead or otherwise respond to the complaint in this action.

5. The applicable time limit for Defendant Nabil Chehmat to respond to the complaint has expired.

6. Defendant Nabil Chehmat is not an infant or incompetent person.

RESPECTFULLY SUBMITTED,

Dated: May 25, 2012

By: KREINDLER & KREINDLER

Stuart R. Fraenkel

**IT IS SO ORDERED**

DATED: 6/11/2012

UNITED STATES DISTRICT JUDGE

EXHIBIT 1

DANIEL T. FOLEY (Nevada Bar No. 1078)
**FOLEY & OAKES, PC**
850 East Bonneville Avenue
Las Vegas, Nevada 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128
Email: dan@foleyoakes.com

STUART R. FRAENKEL (*pro hac vice*)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: sfraenkel@kreindler.com

JACQUES BEUGELMANS (*pro hac vice*)
**LAW OFFICES OF JACQUES BEUGELMANS**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 203-8870
Facsimile: (310) 552-0713
jacbeug@aim.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAURICETTE DEROME; PIERRE DANIOU; MARTINE DANIOU; RAYMOND COLSON; JACQUELINE COLSON; GERARD PELLE; MONIQUE PELLE; YVES-MARIE VINARD; JACQUES MARCHAND; CHANTAL MARCHAND; MARIE BEAUBERNARD; CHRISTIANE GENTIL; DANY CHARLES; MARTINE CHARLES; and LUCETTE BESSON, <br><br> Plaintiffs, <br><br> vs. <br><br> BUSCO, INC. D/B/A/ ARROW STAGE LINES; BONJOUR USA; ROBERT ALAN DALLENBACH; NABIL CHEHMAT and DOES 1-100, inclusive. <br> Defendants. | CASE NO: 2:11-CV-01676-PMP-VCF <br><br> **AFFIDAVIT OF STUART R. FRAENKEL RE. MOTION FOR ENTRY OF ORDER OF DEFAULT AND DEFAULT JUDGMENT** |

Affidavit re. Motion for Entry of Default - 1

The undersigned, being first duly sworn, upon oath, deposes and says:

1. I am the attorney for the plaintiffs in this action.

2. A lawsuit was commenced in the U.S. District Court for the District of Nevada, case No. 2:11-CV-01676-PMP-VCF on October 17, 2011.

3. Defendant Nabil Chehmat was served by publication at least once a week for a period of four consecutive weeks in a newspaper of general circulation in Clark County, Nevada.

4. Defendant Nabil Chehmat has failed to answer or otherwise defend.

5. I mailed a copy of this Application and Affidavit to defendant's last known address on May 25, 2012.

6. The Application and Affidavit are made for the purpose of entering default against the listed defendant because no answer or other responsive pleading has been made by the defendant within the time required by law.

7. I hereby move the Court to enter this default.

8. This default shall not become effective if the defendant pleads or otherwise defends as provided by the Arizona Rules of Civil Procedure, Rule 55(a), a copy of which is attached hereto.

Dated: May 25, 2012        By: _____
                                Stuart R. Fraenkel

EXHIBIT 2

DANIEL T. FOLEY (Nevada Bar No. 1078)
FOLEY & OAKES, PC
850 East Bonneville Avenue
Las Vegas, Nevada 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128
Email: dan@foleyoakes.com

STUART R. FRAENKEL (*pro hac vice*)
KREINDLER & KREINDLER LLP
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: sfraenkel@kreindler.com

JACQUES BEUGELMANS (*pro hac vice*)
LAW OFFICES OF JACQUES BEUGELMANS
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 203-8870
Facsimile: (310) 552-0713

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAURICETTE DEROME; PIERRE DANIOU; MARTINE DANIOU; RAYMOND COLSON; JACQUELINE COLSON; GERARD PELLE; MONIQUE PELLE; YVES-MARIE VINARD; JACQUES MARCHAND; CHANTAL MARCHAND; MARIE BEAUBERNARD; CHRISTIANE GENTIL; DANY CHARLES; MARTINE CHARLES; and LUCETTE BESSON, <br><br> Plaintiffs, <br><br> vs. <br><br> BUSCO, INC. D/B/A/ ARROW STAGE LINES; BONJOUR USA; ROBERT ALAN DALLENBACH; NABIL CHEHMAT and DOES 1-100, inclusive. <br><br> Defendants. | CASE NO: 2:11-CV-01676-PMP-VCF <br><br> ORDER FOR SERVICE OF NABIL CHEHMAT BY PUBLICATION |

ORDER FOR SERVICE BY PUBLICATION - 1

Case 2:11-cv-01676-PMP -VCF   Document 27   Filed 04/09/12   Page 2 of 2

## ORDER FOR SERVICE BY PUBLICATION

Upon reading the Affidavit of the Plaintiff on file herein, it appearing that a verified Complaint has been filed; that a Summons directed to the Defendant, NABIL CHEHMAT ("Defendant"), has been issued; that Defendant is a necessary party; that Defendant is not a resident of the State of Nevada or has departed from the state, or cannot, after due diligence, be found within the state, or by concealment seeks to avoid the service of Summons, and that Defendant cannot be personally served in the State of Nevada, and good cause appearing therefore:

IT IS HEREBY ORDERED that if Defendant cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for a period of 4 consecutive weeks in a newspaper of general circulation published in Clark County, Nevada.

DATED this _9th day of April, 2012.

_Philip M. Pro_

Judge Philip M. Pro

Submitted By:

Daniel T. Foley
FOLEY & OAKS, PC
850 East Bonneville Avenue
Las Vegas, NV
(702) 384-2070
*Attorneys for Plaintiffs*

ORDER FOR SERVICE BY PUBLICATION - 2

EXHIBIT 3

AFFP
2:11-cv-01676-PMP-VCF

## Affidavit of Publication

STATE OF NEVADA ) SS
COUNTY OF CLARK )

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:
Apr 11, 2012
Apr 18, 2012
Apr 25, 2012
May 02, 2012
May 09, 2012

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 09, 2012

_____
Rosalie Qualls

UNITED STATES DISTRICT COURT
for the
District of Nevada
Civil Action No. 2:11-cv-01676-PMP-VCF
Mauricette Derome, et al Plaintiff
v. Robert Alan Dallenbach, et al Defendant
SUMMONS IN A CIVIL ACTION
To: Nabil Chehmat A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel T Foley, Foley & Foley, 850 East Bonneville, Las Vegas, NV 89101 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court. s/ LANCE S. WILSON, CLERK, DATE October 18, 2011, By Lance S. Wilson, DEPUTY CLERK
Published in Nevada Legal News
April 11, 18, 25, May 2, 9, 2012

04106609  00322437

KREINDLER & KREINDLER LLP
707 Wilshire Boulevard
LOS ANGELES, CA 90017