# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Mauricette Derome, et al.,

                Plaintiffs,

V.

Busco, Inc. et al.,

                Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-01676-PMP -VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered if favor of Plaintiffs Mauricette Derome, et al. and against Defendant Nabil Chehmat.

June 11, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk