1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  MILLS & ASSOCIATES
   3650 N. Rancho Dr., Ste. 114
3  Las Vegas, Nevada 89130
   Telephone No.: (702) 240-6060
4  Fax No.: (702) 240-4267
   Attorney for Defendants,
5  Bonjour USA and Nabil Chehmat



## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MAURICETTE DEROME; PIERRE DANIOU; MARTINE DANIOU; RAYMOND COLSON; JACQUELINE COLSON; GERALD PELLE; MONIQUE PELLE; YVES-MARIE VINARD; JACQUES MARCHAND; CHANTAL MARCHAND; MARIE BEAUBERNARD; CHRISTIANE GENTIL; DANY CHARLES; MARTINE CHARLES; and LUCETTE BESSON,<br><br>Plaintiffs,<br>vs.<br><br>BUSCO, INC. D/B/A ARROW STAGE LINES; BONJOUR USA; ROBERT ALAN DALLENBACH; NABIL CHEHMAT and DOES 1-100, inclusive.<br><br>Defendants. | CASE NO: 2:11-CV-01676-PMP-VCF |

### NOTICE OF APPEARANCE

COMES NOW MICHAEL C. MILLS, ESQ., of the law firm of Mills & Associates and files this Notice of Appearance herein as attorney of record for Defendant NABIL CHEHMAT. All copies of notices, pleadings and documents are to be served upon Mr. Mills at 3650 N. Rancho Dr., Ste. 114, Las Vegas, NV 89130.

DATED this 20th day of July 2012.

MILLS & ASSOCIATES

_____
MICHAEL C. MILLS, ESQ., ESQ.
Nevada Bar No. 003534
3650 n. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Attorney for Defendants,
BONJOUR USA and NABIL CHEHMAT

## AFFIRMATION: PURSUANT TO NRS 239B.030

The undersigned does hereby affirm that the preceding document filed in the above-stated court DOES NOT contain the Social Security Number of any person.

*/s/ Karen Reynolds*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am an employee of MILLS & ASSOCIATES, and that on July 24, 2012, I caused a true and correct copy of the foregoing document entitled **NOTICE OF APPEARANCE** to be served as follows:

 VIA U.S. POSTAL MAIL: by placing a true and correct copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid, addressed as indicated on the attached service list in the United States Postal ail.

 VIA FACSIMILE: by causing a true and correct copy thereof to be faxed on this date to the addressee(s) at the attached facsimile numbers set forth in the service list.

 VIA PERSONAL DELIVERY: by causing a true and correct copy thereof to be hand-delivered to the address(s) at the attached addresses set forth in the service list.

STEPHENSON & DICKINSON
BRUCE SCOTT DICKINSON, ESQ.
2820 W. Charleston Blvd., Suite 19
Las Vegas, NV 89102
Phone: (702) 474-7229
Fax: (702) 474-7237
Attorneys for Defendants Busco, Inc.
and Robert Dallenbach

FOLEY & OAKES, PC
DANIEL T. FOLEY, ESQ.
850 East Bonneville Avenue
Las Vegas, NV 89101
Phone: (702) 384-2070
Fax: (702) 384-2128
Attorneys for Plaintiffs

KREINDLER & KREINDLER LLP.
STUART R. FRAENKEL
*pro hac vice*
707 Wilshire Boulevard, Suite 4100
Los Angeles, CA 90017
Phone: (213) 622-6469
Fax: (213) 622-6019

LAW OFFICES OF
JACQUES BEUGELMANS
*pro hac vice*
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Phone: (310) 203-8870
Fax: (310) 552-0713

*/s/ Karen Reynolds*
An Employee of Mills & Associates