MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130

Telephone No.: (702) 240-6060
Fax No.: (702) 240-4267

Attorney for Defendants,
Bonjour USA and Nabil Chehmat

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

\* \* \* \* \*

| | |
|---|---|
| MAURICETTE DEROME; PIERRE DANIOU; MARTINE DANIOU; RAYMOND COLSON; JACQUELINE COLSON; GERALD PELLE; MONIQUE PELLE; YVES-MARIE VINARD; JACQUES MARCHAND; CHANTAL MARCHAND; MARIE BEAUBERNARD; CHRISTIANE GENTIL; DANY CHARLES; MARTINE CHARLES; and LUCETTE BESSON,<br><br>Plaintiffs,<br><br>vs.<br><br>BUSCO, INC. D/B/A ARROW STAGE LINES; BONJOUR USA; ROBERT ALAN DALLENBACH; NABIL CHEHMAT and DOES 1-100, inclusive.<br><br>Defendants. | CASE NO: 2:11-CV-01676-PMP-VCF |

## SUBSTITUTION OF ATTORNEYS

BONJOUR USA hereby substitutes MICHAEL C. MILLS, ESQ., of MILLS & ASSOCIATES, 3650 N. Rancho Dr., Ste. 114, Las Vegas, NV 89130 as its attorney in the above-entitled action in the place of BRUCE SCOTT DICKINSON, ESQ, of the law firm of STEPHENSON & DICKINSON, P.C.

DATED this 20th day of July 2012.

By: __Jonathan Elkoubi__
BONJOUR USA, Defendant

1  We hereby agree to the substitution of MICHAEL C. MILLS, ESQ., of MILLS &
2  ASSOCIATES, as attorney for BONJOUR USA in the above-entitled action in our place
3  and stead.
4  DATED this ____ day of July 2012.

5  STEPHENSON & DICKINSON, P.C.

7  By:_____
   BRUCE SCOTT DICKINSON, ESQ.
8  Nevada Bar No. 002297
   2820 W. Charleston Blvd, B-19
9  Las Vegas, NV 89102

11  I am duly admitted to practice in this District. Therefore, I hereby agree to be
12  substituted in the place of BRUCE SCOTT DICKINSON, ESQ. in the above entitled
13  action as attorney for BONJOUR USA.
    DATED this ____ day of July 2012.

15  MILLS & ASSOCIATES

16  By:_____
    MICHAEL C. MILLS, ESQ., ESQ.
17  Nevada Bar No. 003534
18  3650 n. Rancho Dr., Ste. 114
    Las Vegas, NV 89130

21  Submitted By:                            IT IS SO ORDERED:
22  MILLS & ASSOCIATES

24  _____         _____
    MICHAEL C. MILLS, ESQ.                  UNITED STATES DISTRICT JUDGE
25  Nevada Bar No. 003534                   Dated: _____
    3650 N. Rancho Dr., Ste. 114
26  Las Vegas, NV 89130
    Attorneys for Defendants,
27  Nabil Chehmat and Bonjour USA

28

1  We hereby agree to the substitution of MICHAEL C. MILLS, ESQ., of MILLS &
2  ASSOCIATES, as attorney for BONJOUR USA in the above-entitled action in our place
3  and stead.
4  DATED this ___ day of July 2012.

5                                                                STEPHENSON & DICKINSON, P.C.

7  By:_____
8  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
9  2820 W. Charleston Blvd, B-19
   Las Vegas, NV 89102

11  I am duly admitted to practice in this District.  Therefore, I hereby agree to be
12 substituted in the place of BRUCE SCOTT DICKINSON, ESQ. in the above entitled
13 action as attorney for BONJOUR USA.
14  DATED this 24 day of July 2012.

15                                                                MILLS & ASSOCIATES

17                                                                /s/ Michael C. Mills, Esq.
                                                                  _____
18                                                                MICHAEL C. MILLS, ESQ., ESQ.
                                                                  Nevada Bar No. 003534
19                                                                3650 n. Rancho Dr., Ste. 114
                                                                  Las Vegas, NV 89130

22 Submitted By:                                                  IT IS SO ORDERED:
   MILLS & ASSOCIATES
23

24 /s/ Michael C. Mills, Esq.
25                                                                [signature]
26 MICHAEL C. MILLS, ESQ.                                         _____
   Nevada Bar No. 003534                                          UNITED STATES DISTRICT JUDGE
27 3650 N. Rancho Dr., Ste. 114                                   Dated: July 25, 2012.
   Las Vegas, NV  89130
28 Attorneys for Defendants,
   Nabil Chehmat and Bonjour USA