DANIEL T. FOLEY (Nevada Bar No. 1078)
**FOLEY & OAKES, PC**
850 East Bonneville Avenue
Las Vegas, Nevada 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128
Email: dan@foleyoakes.com

STUART R. FRAENKEL (*Pro Hac Vice*)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: sfraenkel@kreindler.com

JACQUES BEUGELMANS (*pro hac vice*)
**LAW OFFICES OF JACQUES BEUGELMANS**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 203-8870
Facsimile: (310) 552-0713
Email: jacbeug@aim.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICETTE DEROME; PIERRE DANIOU; MARTINE DANIOU; RAYMOND COLSON; JACQUELINE COLSON; GERARD PELLE; MONIQUE PELLE; YVES-MARIE VINARD; JACQUES MARCHAND; CHANTAL MARCHAND; MARIE BEAUBERNARD; CHRISTIANE GENTIL; DANY CHARLES; MARTINE CHARLES; and LUCETTE BESSON,<br><br>        Plaintiffs,<br>vs.<br>BUSCO, INC. D/B/A ARROW STAGE LINES; BONJOUR USA; ROBERT ALAN DALLENBACH; NABIL CHEHMAT and DOES 1-100, inclusive.<br><br>        Defendants. | Case No. 2:11-CV-01676-PMP-VCF<br><br>**ORDER TO VOLUNTARILY DISMISS DEFENDANT / CROSS DEFENDANT BONJOUR USA AND DEFENDANT NABIL CHEMAT (FRCP Rule 41(a)(2))** |

| | |
|---|---|
| NABIL CHEMAT, | ) |
| | ) |
|         Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| BUSCO, INC. D/B/A ARROW STAGE LINES; ROBERT ALAN DALLENBACH, | ) |
| | ) |
|         Cross-Defendants. | ) |
| | ) |

    **WHEREAS**, on March 21, 2013 a joint motion to voluntarily dismiss defendant / cross defendant BonJour USA and defendant Nabil Chemat in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure came before hearing of this court;

    **WHEREAS** all claims of Plaintiffs and Cross Complainant asserted in the above-entitled action arise from the September 28, 2010 tour bus accident that occurred approximately 9.5-miles south of SR-190, in Inyo County at around 3:20 p.m. ("subject bus accident"); and

    **WHEREAS**, the parties jointly requested that defendant / cross defendant BonJour USA and defendant Nabil Chemat be voluntarily dismissed in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, and that the parties are to bear its own costs and fees.

    **NOW, THEREFORE, IT IS ORDERED ADJUDICATED AND DECREED** as follows:

    1. Good Cause showing, Defendant / Cross Defendant BonJour USA and Defendant Nabil Chemat are dismissed in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, parties to bear their own fees and costs;

Dated:  March 22, 2013.

                                                               Judge of the District Court