DANIEL T. FOLEY (Nevada Bar No. 1078)
**FOLEY & OAKES, PC**
850 East Bonneville Avenue
Las Vegas, Nevada 89101
Tel.: (702) 384-2070
Fax: (702) 384-2128
Email: dan@foleyoakes.com

STUART R. FRAENKEL (*Pro Hac Vice*)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019
Email: sfraenkel@kreindler.com

JACQUES BEUGELMANS (*pro hac vice*)
**LAW OFFICES OF JACQUES BEUGELMANS**
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 203-8870
Facsimile: (310) 552-0713
Email: jacbeug@aim.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MAURICETTE DEROME; PIERRE DANIOU; MARTINE DANIOU; RAYMOND COLSON; JACQUELINE COLSON; GERARD PELLE; MONIQUE PELLE; YVES-MARIE VINARD; JACQUES MARCHAND; CHANTAL MARCHAND; MARIE BEAUBERNARD; CHRISTIANE GENTIL; DANY CHARLES; MARTINE CHARLES; and LUCETTE BESSON,<br><br>Plaintiffs,<br>vs.<br>BUSCO, INC. D/B/A ARROW STAGE LINES; BONJOUR USA; ROBERT ALAN DALLENBACH; NABIL CHEHMAT and DOES 1-100, inclusive.<br><br>Defendants. | Case No. 2:11-CV-01676-PMP-VCF<br><br>**ORDER TO STAY ALL FURTHER PROCEEDINGS PENDING MEDIATION** |

| | |
|---|---|
| NABIL CHEMAT, | ) |
| | ) |
|           Cross-Claimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| BUSCO, INC. D/B/A ARROW STAGE LINES; ROBERT ALAN DALLENBACH, | ) |
| | ) |
|           Cross-Defendants. | ) |
| | ) |

**WHEREAS**, on March 21, 2013 a joint motion to stay all proceedings in the above-entitled case was brought by all parties in this action, and

**WHEREAS** all claims of Plaintiffs and Cross Complainant asserted in the above-entitled action arise from the September 28, 2010 tour bus accident that occurred approximately 9.5-miles south of SR-190, in Inyo County at around 3:20 p.m. ("subject bus accident"),

**WHEREAS**, the parties' joint motion to stay all proceedings pending a damages mediation, came before hearing of this Court; and

**WHEREAS**, Defendants Busco, Inc. d/b/a Arrow Stage Lines and Robert Alan Dallenbach stipulated to liability for the subject bus accident; and

**WHEREAS**, all parties agreed to mediate damages before neutral Joe Bongiovi on April 25 and 26, 2013.

**NOW, THEREFORE, IT IS ORDERED ADJUDICATED AND DECREED** as follows:

1. Good cause showing and in the interest of justice and to preserve this Court's and the parties' time, efforts and expenses, the above-entitled action is stayed pending the outcome of the scheduled mediation set for April 25 and 26, 2013;

2. The Court takes the following actions in relation to the pleadings:

_____

_____

_____

_____

_____;

and

3. A case management / post mediation hearing is set for the date of **July 8, 2013,** at 1:30 p.m. in Courtroom 7C, to either dismiss the action due to settlements, or to reset the deadlines for a damages trial.

Dated:   March 22, 2013.

_____
Judge of the District Court