1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

\* \* \*

MAURICETTE DEROME, et al.,                )
7                                          )
          Plaintiffs,                      )
8                                          )          2:11-CV-1676-PMP-VCF
     v.                                    )
9                                          )
BUSCO, INC., et al.,                       )
10                                         )          ORDER
          Defendants.                      )
11  _____    )

12          IT IS ORDERED that the Joint Motion to Amend Nabil Chemat's Status to that

13  of Plaintiff (Doc. #51) and the Joint Motion to Strike Portions of Complaint and Cross-

14  Claim (Doc. #52) are hereby GRANTED.

15

16  DATED: April 1, 2013

17

18                                         PHILIP M. PRO
                                           United States District Judge
19

20

21

22

23

24

25

26