UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAURICETTE DEROME, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BUSCO, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | 2:11-CV-1676-PMP-VCF <br><br> ORDER |

IT IS ORDERED that the Joint Motion to Amend Nabil Chemat's Status to that of Plaintiff (Doc. #51) and the Joint Motion to Strike Portions of Complaint and Cross-Claim (Doc. #52) are hereby GRANTED.

DATED: April 1, 2013

_____
PHILIP M. PRO
United States District Judge